<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2519**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

WILLIAM L. OSTEEN,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (MISC-00-108-1)

---

Submitted:  February 8, 2001          Decided:  February 13, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur O. Armstrong appeals the district court's order denying his motion for leave to file a complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Armstrong v. Osteen, No. MISC-00-108-1 (M.D.N.C. Nov. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2